# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| SHIVSAYWACK P. SINGH, | Civil Nos. 19-491 (JRT/LIB) |
| Plaintiff, | |
| v. | |
| JESSICA FAHEY, et al, | **ORDER ADOPTING REPORT AND RECOMMENDATIONS** |
| Defendants, | |

_____

Shivsaywack P Singh, 3040 330th Avenue, Hinckley, MN 55037, *pro se* plaintiff.

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS HEREBY ORDERED** that:

1. This action be **DISMISSED without prejudice**; and

2. Singh's Application to Proceed in District Court Without Prepaying Fees or Costs, [Docket No. 2], be **DENIED as moot**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated: July 1, 2019          s/John R. Tunheim  
at Minneapolis, Minnesota    JOHN R. TUNHEIM  
                                         Chief Judge  
                                         United States District Court